# SOCIÉTÉ ANONYME DES SUCRERIES DE SAINT JEAN

*v.*

## MIGUEL CHIQUES BERLINGERY.

San Juan, Equity, No. 1019.

On Motion to Strike Testimony.

Practice—Party as Witness.
    The statements made by a party as a witness do not amount to an admission as a party to the case.

Opinion filed April 2, 1919.

Société Anonyme des Sucreries v. Berlingery.

*Mr. H. G. Molina* for plaintiff.

*Mr. E. H. F. Dottin* for defendant.

HAMILTON, Judge, delivered the following opinion:

The motion to strike is granted. When the plaintiff gets on the stand he is not the plaintiff. He is simply a witness. What he says on the stand is not an admission. It is a very interesting distinction but I think a correct one. Admission by a party is before he gets into court, and not afterwards.